UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GENEVIEVE CAPOLONGO,

                    Plaintiff,

          - against -

SPOTIFY USA INC.,

                    Defendant.

---

25-cv-9216 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

     The defendant shall move to compel arbitration by **January 20, 2026.** The plaintiff shall respond by **February 3, 2026.** The defendant shall reply by **February 13, 2026.** The time to respond to the complaint is stayed pending a decision on the motion to compel arbitration.

     The Clerk is respectfully requested to close ECF No. 14.

SO ORDERED.

Dated:    New York, New York
          January 15, 2026

                                   John G. Koeltl
                              United States District Judge