# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

## ONE MANHATTAN WEST
## NEW YORK, NY 10001

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-3529
EMAIL ADDRESS
MICHAEL.MCTIGUE@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

February 9, 2026

**VIA ECF**

Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 14A
New York, New York 10007

*The 2/19/26 Conference is Canceled. So ordered.*

*2/9/26  [signature] USDJ.*

RE:    *Capolongo v. Spotify USA Inc.*, No. 1:25-cv-09216

Dear Judge Koeltl:

We represent Defendant Spotify USA Inc. ("Spotify") in the above-referenced action. We write pursuant to rule I(C) of Your Honor's Individual Practices to request that the Initial Conference set for February 19, 2026, at 12:00 PM (Minute Entry, Nov. 13, 2025) be adjourned pending resolution of Spotify's Motion to Compel Arbitration (ECF No. 16). Counsel for Plaintiff does not oppose this request. This is Spotify's first request to adjourn the Initial Conference.

Respectfully,

Michael W. McTigue Jr.

cc:    All counsel of record (via ECF)